# VIRGINIA & AMBINDER, LLP

ATTORNEYS AT LAW

| | | |
|---|---|---|
| CHARLES R. VIRGINIA** | TRINITY CENTRE | |
| LLOYD R. AMBINDER** | 111 BROADWAY | |
| ———— | SUITE 1403 | 5 Mountain Avenue |
| OF COUNSEL: | NEW YORK, NEW YORK 10006 | North Plainfield, New Jersey 07060 |
| MARC A. TENENBAUM^*** | TEL (212) 943-9080 | |
| ———— | FAX (212) 943-9082 | *     Admitted in NJ only |
| LADONNA M. LUSHER | | **    Also Admitted in NJ |
| JAMES E. MURPHY | WWW.VANDALLP.COM | ***   Also Admitted in OH |
| HYUN S. OH * | | ^     Also Admitted in DC |
| JUDY S. WONG | *(Please refer all correspondence to the New York address)* | |

April 27, 2009

*Via Facsimile and ECF*

Honorable Cheryl L. Pollak
United States Magistrate Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

   **Re:** <u>Erath, et al. v. Pride Carpet, Inc., et al.</u>, **07 Civ. 2164 (SLT) (CLP)**

Dear Judge Pollak:

  This firm represents the Plaintiffs in the above-referenced case. I write to inform the Court that the parties have reached an agreement in principle to settle this case. I have sent a form of written settlement agreement to the Defendants' attorney, who has informed me that his clients will promptly execute it and return it to our office. We will then forward the agreement to our clients for execution.

  The form of written agreement provides that the settlement will be fully consummated on or before May 15, 2009. Accordingly, the parties expect to file a stipulation of dismissal shortly after that date.

              Respectfully submitted,

                   /s/

              Marc A. Tenenbaum

cc: Michael L. Shanker, Esq. (via ECF)